IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

MARK B. KELLER and ANNA KELLER, h/w :
    Plaintiff, :
                                       : CIVIL ACTION NO.:
   v. :
                                       :  _____
SHAW MICHAEL THOMAS and :
MILLER TRANSPORTERS, INC. :
    Defendants. :

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Manage Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus -- Cases brought under 28 U.S.C. § 2441 through § 2255     ( )

(b) Social Security -- Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.     ( )

(c) Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 8.     ( )

(d) Asbestos -- Cases involving claims for personal injury or property damage from exposure to asbestos.     ( )

(e) Special Management -- Cases that do not fall into tracts (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)     ( )

(f) Standard Management -- Cases that do not fall into any one of the other tracks.   ( x )

   6/25/02                                  BETH CASTELLI FITT
   (DATE)                                 Attorney-at-law

                                          SHAW MICHAEL THOMAS and MILLER TRANSPORTERS
                                          Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 363 Gardner Street, Philadelphia, PA 19116-2733
Address of Defendant: 5500 Highway 80 West, Jackson, MS 39209
Place of Accident, Incident or Transaction: I-95, Bensalem, Bucks County, Pennsylvania
*(Use Reverse Side For Additional Space)*

Does this case involve multidistrict litigation possibilities?  Yes G  No :

*RELATED CASE IF ANY*

Case Number: _____ Judge _____ Date Terminated: _____
Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    1.  Yes G  No G

2. Does this case involve the same issues of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    3.  Yes G  No G

4. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this Court?    5.  Yes G  No G

CIVIL: (Place : in *ONE CATEGORY ONLY*)

A. *Federal Question Cases:*
1. G Indemnity Contract, Marine Contract, and All Other Contracts
2. G FELA
3. G Jones Act—Personal Injury
4. G Antitrust
5. G Patent
6. G Labor-Management Relations
7. G Civil Rights
8. G Habeas Corpus
9. G Securities Act(s) Cases
10. G Social Security Review Cases
11. G All other Federal Question Cases (please specify)

B. *Diversity Jurisdiction Cases:*
1. G Insurance Contract and Other Contracts
2. G Airplane Personal Injury
3. G Assault, Defamation
4. G Marine Personal Injury
5. G Motor Vehicle Personal Injury
6. G Other Personal Injury (Please specify)
7. G Products Liability
8. G Products Liability—Asbestos
9. G All Other Diversity Cases (Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate category)*

I, _____, counsel of record do hereby certify:

___ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000 exclusive of interest and costs;

___ Relief other than monetary damages is sought.

DATE: _____    _____    _____
               **Attorney-at-Law**         Attorney I.D. #

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously termi- nated action in this court except as noted above.
DATE: 6/25/02    _____    76781
                 **Attorney-at-Law**        Attorney I.D. #