IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MARK KELLER                          :

                                     :

            vs.                      :        CIVIL ACTION NO. 02-4063

                                     :

MILLER TRANSPORTERS, et al.          :


## ORDER

        **AND NOW**, this 29th day of July , 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

        [XX]    -   Order staying these proceedings pending disposition of a related action.

        []      -   Order staying these proceedings pending determination of arbitration proceedings.

        []      -   Interlocutory appeal filed

        []      -   Other:

it is
        **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

        **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation. **The parties shall inform the Court of the status of this matter on or before October 31, 2002.**


                              **BY THE COURT:**


                              _____
                                RONALD L. BUCKWALTER,    J.


Civ. 13 (8/80)